Printcraft Card Company, Inc., Appellant, *v.* Ferraro.

Argued November 13, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Edmund K. Trent,* with him *Richard W. Berlinger, Reed, Smith, Shaw & McClay,* and *Malis, Tolson & Malis,* for appellant.

*Harry N. Moran, Jr.,* with him *Rudolph W. DeStefano,* for appellee.

OPINION PER CURIAM, January 24, 1974:
Decree affirmed. Each party pay own costs. See *Hayes v. Altman,* 438 Pa. 451, 266 A.2d 269 (1970).